Lynn S. Walsh, OSB #924955
email: lynn@lynnwalshlaw.com
610 SW Alder St., #415
Portland, Oregon 97205
Telephone: 503-790-2772
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JEFFREY SIMMS-BELAIRE,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON COUNTY, NAPHCARE, INC., and MARTHA ROJO, NP<br><br>Defendants. | NO. 3:20-cv-00338-SI<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS AS TO MARTHA ROJO, NP |

Based on the stipulation of the parties, all claims against defendant Martha Rojo, NP are

hereby dismissed with prejudice and without attorney fees or costs to any party.

DATED:  August 2, 2024    _____
                          The Honorable Michael H. Simon

Page 1        ORDER OF DISMISSAL WITH PREJUDICE
              AND WITHOUT ATTORNEY FEES OR COSTS
              AS TO MARTHA ROJO, NP

LYNN S. WALSH,
OSB#92495
Suite 415
610 SW Alder Street
Portland, Oregon 97205
(503) 790-2772
lynn@lynnwalshlaw.com